FILED

IN THE UNITED STATES DISTRICT COURT 2006 DEC 26  PM 12: 09
FOR THE WESTERN DISTRICT OF TEXAS  CLERK U? DISTRICT COURT
AUSTIN DIVISION  WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

| | | |
|---|---|---|
| TAILWIND SPORTS CORP. | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | |
| THE BERRY GROUP | ) | **A06CA1001LY** |

## NOTICE OF REMOVAL OF ACTION
### UNDER 28 U.S.C. § 1441(a) (DIVERSITY)

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, defendant, The Berry Group, ("Berry"), hereby removes this civil action to the United States District Court for the Western District of Texas, Austin Division.  In support of this notice, Berry states as follows:

1.   On June 16, 2006, plaintiff, Tailwind Sports Corp., ("Tailwind"), filed its original petition in the District Court of Travis County, Texas, entitled *Tailwind Sports Corp. v. The Berry Group*, Cause No. D-1-GN-06-002183, (the "State Action").

2.   In the complaint, Tailwind alleged that it is a Delaware corporation with its principal place of management in Austin, Texas.

3.   Berry is based in Belgium and is a corporation formed under the laws of Belgium and with its principal place of business in Belgium.

4.   Berry's first notice of the pendency of this action was when one of its attorneys, David I. Roche, received a fax dated November 28, 2006, from counsel for Tailwind in the State Action.  A copy of the November 28, 2006, cover letter which accompanied the fax is attached here as Exhibit 1.

5.   In its original petition, Tailwind claims the existence and a breach of a sponsorship agreement between Berry and Tailwind.  Tailwind asserts claims for breach of contract and quantum meruit.

6.   Although Tailwind did not specify the amount of damages, instead asking the jury and court for the maximum amount of damages allowable at law or in equity, on May 30, 2006, Tailwind, through its counsel, sent Berry a letter claiming that as of May 25, 2006, Berry owed Tailwind at least 270,000 Euros, consisting of 250,000 Euros principal and 20,000 Euros in interest accrued through May 25, 2006.

7.   Based upon the foreign exchange rate applicable on May 25, 2006, and the foreign exchange rate which exists today, the amount demanded exceeds the sum of $75,000, exclusive of interest and costs.

8.   For purposes of diversity jurisdiction, Tailwind is a citizen of Delaware and Texas and Berry is a citizen of Belgium and the amount in controversy exceeds $75,000, exclusive of interest and costs.  This Court therefore has original jurisdiction of the civil action under 28 U.S.C. §1332(a) as it involves citizens of a state and citizens of a foreign state.  As a result, this action is removable to this Court under 28 U.S.C. §1441(a).

9.   This notice is timely as Berry's first knowledge or notice of the pendency of the petition was its receipt of the November 28, 2006, fax from Tailwind's counsel. Therefore, because this notice is being filed within thirty (30) days after receipt by Berry, through service or otherwise, of a copy of the initial pleading, this action is removable under 28 U.S.C. §1446(b).

WHEREFORE, The Berry Group, prays and respectfully requests that this cause of action be removed from the District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division.

Respectfully submitted,

**BAKER & McKENZIE, L.L.P.**

John C. Filosa
Illinois Bar No.: 6187981  *
130 East Randolph Drive
Chicago, Illinois  60601
Ph: (312) 861-8000
Fax: (312) 698-2153
Email:
john.c.filosa@bakernet.com
* Admitted in the Western District of
  Texas

Attorney In Charge for Defendant
The Berry Group

OF COUNSEL:

BAKER & McKENZIE LLP
David I. Roche
130 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-8000
Facsimile:   (312) 698-2363
Email: david.i.roche@bakernet.com

BAKER & McKENZIE LLP
Elias Mark
Texas Bar No.:24046349
Fed. I.D. No.: 565470
711 Louisiana
Suite 3400
Houston, Texas  77002
Telephone:  (713) 427-5000
Facsimile:   (713) 427-5099
Email:  elias.mark@bakernet.com

## CERTIFICATE OF SERVICE

I hereby certify that on this ___27th___ day of December 2006, a true and correct copy of the foregoing instrument has been served by Federal Express, facsimile, hand delivery, and/or U.S. certified mail, return receipt requested on the following counsel of record:

Timothy J. Herman
Sean E. Breen
Herman, Howry & Breen, L.L.P.
1900 Pearl St.
Austin, Texas 78705-5408
Telephone:     (512) 474-7300
Facsimile:      (512) 474-8557

Elias Mark



# Herman Howry & Breen
### LLP
1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 Fax

Sean E. Breen

Direct Dial: (512) 474-9484
E-MAIL: sbreen@hermanhowry.com

November 28, 2006

**Via Facsimile 312-861-2899**
David L Roche
Baker & McKenzie, LLP
One Prudential Plaza, Suite 3500
Chicago, Illinois  60601

Re:    Tailwind Sports – Sponsorship Agreement

Dear Mr. Roche,

Along with Tim Herman, I represent Tailwind Sports Corp.

Enclosed is a copy of the original petition that has been filed in this matter.  Please let me know if you will agree to accept service or if I should institute service on your client formally.

My client is still willing to discuss resolving this without litigation, so feel free to give us a call if you believe your client is interested in meaningful settlement discussions.  If not, I look forward to hearing from you within a few days regarding service.

Very truly yours,

Sean E. Breen

SEB/mr
Enclosure

cc:  Tim Herman

**EXHIBIT**

tabbies

1

6/16/06/New Suits

*6-16-06*

CAUSE NO. **D-1-GN-06-002183**

| | | |
|---|---|---|
| TAILWIND SPORTS CORP. | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| THE BERRY GROUP | § | 345 JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION & REQUEST FOR DISCLOSURE

Tailwind Sports Corp. ("Tailwind") files its original petition and respectfully requests the

jury and Court to enter judgment in its favor on all causes of action against The Berry Group.

### I. Discovery Control Plan

1.      Discovery in this case is intended to be conducted under Level 3 pursuant to

Texas Rules of Civil Procedure.

### II. Parties

2.      Tailwind Sports Corp. is a Delaware corporation with its principal place of

management in Austin, Texas.

3.      Defendant, The Berry Group, based in Belgium, may be served with process

through service on its president, Luc De Clerck, at The Berry Group, Ingelmunstersteenweg,

162, B – 8780 Oostrozebeke, Belgium.

### III. Venue & Jurisdiction

4.      The district court of Travis County has jurisdiction of this case and all parties, and

venue is appropriate in Travis County. The Berry Group and Tailwind agreed and consented to

personal and subject matter jurisdiction in Travis County, Texas. The parties agreed to venue in

Travis County, Texas. Plaintiff is managed in Travis County, Texas. Travis County is where

Defendant was to perform under the Agreement.

1

### IV.  Background

5.      Tailwind entered a sponsorship agreement ("the Agreement") with The Berry Group.  Defendant has refused to pay sums it owes Tailwind.  Tailwind materially performed its required obligations.  The Berry Group did not.  The Berry Group breached its agreement without justification.  Further, The Berry Group has been unjustly enriched.

### V.  Breach of Contract

6.      Tailwind and The Berry Group had a valid and enforceable contract.  The Berry Group has breached the contract.  Tailwind has suffered damages as a result of The Berry Group's breach.

### VI.  Quantum Meruit

7.      Pleading in the alternative, if necessary, Tailwind is entitled to recover in Quantum Meruit for the value rendered The Berry Group.  A substantial benefit was conferred on The Berry Group.  The Berry Group accepted that benefit, but has refused to fully and adequately pay Tailwind for the benefit and is unjustly enriched.

### VII.  Other Causes of Action

8.      Tailwind reserves the right to plead and prove other causes of action against The Berry Group, including all alternative causes.

### VIII. Damages

9.      Tailwind asks the jury and the court for the maximum amount of damages available at law or in equity, including sums due under the Agreement and/or the true value and enrichment Berry Floor received, attorney's fees, interest and costs of court.

### IX. Conditions Precedent

10.     All conditions precedent have been performed or have occurred.

2



6/16/06/New Suits

## X. Jury Demand

11.     Tailwind requests a trial by jury and tenders the appropriate fee.

## XI. Request for Disclosure

12.     Tailwind requests the defendant provide information responsive to Texas Rules of

Civil Procedure 194.2 (a)-(l) within fifty days of service of this petition.

## XII. Prayer

Tailwind prays that The Berry Group be cited to appear and answer Plaintiff's Original

Petition and Request for Disclosure and that upon final hearing, it be awarded all damages,

attorney's fees, interest, costs of court and other relief to which it is entitled, at law, in equity or

both.


Respectfully submitted,

HERMAN, HOWRY & BREEN, L.L.P.


Timothy J. Herman
State Bar No. 09513700
Sean E. Breen
State Bar No. 00783715
1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 FAX

**ATTORNEYS FOR
TAILWIND SPORTS CORP.**

3



6-16-06

# Herman Howry & Breen
**L.L.P.**

1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300

Timothy J. Herman                          (512) 474-8557 Fax                    E-MAIL: therman@hermanhowry.com

June 16, 2006

***Via Hand Delivery***
Amalia Rodriguez-Mendoza
Travis County District Clerk
1000 Guadalupe St.
302 Courthouse
Austin, TX 78767-1748

D-1-GN-06-002183

        Re:    Cause No. _____; *Tailwind Sports Corp. v. The Berry Group;*
               In the 345TH th Judicial District Court, Travis County, Texas

Dear Ms. Rodriguez-Mendoza:

        Enclosed for filing in the above-referenced matter, please find an original and one copy of Plaintiff, Tailwind Sports Corp.'s, Original Petition. Please file the original and return a file stamped copy to me via my messenger. I also enclose my firm check in the amount of $270.00 to cover the filing and jury trial fees. Please notify my office when the citation is ready to be picked up and I will arrange for service of process.

        Thank you for your attention to this matter. If you have any questions, please do not hesitate to call me.

                                        Very truly yours,

                                        *Timothy J. Herman*

                                        Timothy J. Herman

TJH/cbh
Enclosures



000123203



Case:d-1-gn-06-002183 with (2) documents

| Filed Date | Category | Description | Additional Info. |
|---|---|---|---|
| 6/16/2006 | PET-PL ... | ORIGINAL PETITION/APPLICATION | PLAINTIFF'S ORIGINAL PETITION & REQUEST FOR DISCLOSURE |
| | Judges Notes/Comments | | |

◥JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Tail Wind Sports Corp. | The Berry Group |

**(b)** County of Residence of First Listed Plaintiff   Travis County, TX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Timothy J. Herman, Herman, Howry & Breen, L.L.P., 1900 Pearl St., Austin, TX 78705
(512) 474-7300

Attorneys (If Known)   **A O 6 C A 1 0 0 1 LY**

John C. Filosa, Baker & McKenzie, L.L.P., 130 East Randolph Dr., Chicago, IL 60601
(312) 861-8000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☒ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332(a); 28 U.S.C. 1441(a).
Brief description of cause:
Breach of contract; quantum meruit.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   **Dec. 22, 2006**

SIGNATURE OF ATTORNEY OF RECORD   *John C. Filosa  afp*

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

ORIGINAL                    404364

AO82
(Rev. 4/90)
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**WESTERN DISTRICT OF TEXAS** _Austin_
at _____

RECEIVED FROM   _Baker & McKenzie_
_711 Louisiana # 3400_
_Houston Tx 77002_

| Fund | | ACCOUNT | AMOUNT |
|------|------|---------|--------|
| 6855XX | Deposit Funds | 0869 00 | 60 00 |
| 604700 | Registry Funds | 510000 | 190 00 |
| | General and Special Funds | | |
| 508800 | Immigration Fees | 086400 | 100 00 |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 350.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference | |
| 322360 | Miscellaneous Fees | 1:06-CV-1001 | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

_New Case_
_Tail Wind Sports_
_V. Berry Group_

$Checks and drafts are accepted subject to col-
lection and full credit will only be given when the
check or draft has been accepted by the financial
institution on which it was drawn.

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK |
|------|------|-------|------|--------|--------------|
| 12-26-06 | | ✓ | | | |