# Herman Howry & Breen
**L.L.P.**

1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 Fax

Sean E. Breen

Direct Dial: (512) 474-9484
E-MAIL: sbreen@hermanhowry.com

March 21, 2007

**FILED**

MAR 21 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**Via Hand Delivery**
The Honorable Lee Yeakel
United States District Court
Western District of Texas, Austin Division
200 West 8th Street
Austin, Texas 78701

Re:   Case No. 1:06-CV-1001 LY; *Tailwind Sports Corp. v. The Berry Group*; United
      States District Court, Western District of Texas, Austin Division

Dear Judge Yeakel:

I write to advise the Court that the parties have resolved this matter and an agreed dismissal is forthcoming to the Court.

Respectfully submitted,

_____
Sean E. Breen
State Bar No. 00783715
Herman, Howry & Breen, LLP
1900 Pearl Street
Austin, Texas 78705
(512) 474-7300
(512) 474-8557 – Fax
**ATTORNEYS FOR PLAINTIFF**

cc:  John Filosa
     Elias Mark